M. P. No. 73-122. ISLAND LAND COMPANY *v.* TOWN COUNCIL OF THE TOWN OF COVENTRY. Petition for writ of certiorari is granted, and the writ may issue forthwith. Joslin, J., not participating. *Nolan & Dailey, Leo J. Dailey,* for petitioner. *Frank J. Williams,* Town Solicitor, *Tillinghast, Collins & Graham, David T. Riedel,* for respondent.

EX. No. 1464. *In re* 125 CRIMINAL APPEALS ON BILLS OF EXCEPTIONS BY DEFENDANTS. Motion of 56 defendants in Case No. 1464-Ex., otherwise entitled by defendants' counsel as *State ex rel. Nordquist* v. *Rielly and 55 Other Appeals,* to assign for argument is denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendants.

C. A. No. 73-5. STATE *ex rel.* W. J. LYNCH *v.* GEORGE OGLEY, JR. Defendant's motion to expunge transcript from record is denied. State's motion to dismiss appeal is granted. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

C. A. No. 73-35. STATE *ex rel.* JOHN S. LOMBARDI *v.* ARAM K. BERBERIAN. Defendant's motion to assign for argument is denied. Joslin, J., not participating. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* defendant, pro se.